UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-CR-229-MOC-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| BRIANA SHAKEYAH JOHNSON | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Seal Sentencing Memorandum" (Document No. 824) filed March 23, 2018. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to such materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Sentencing Memorandum contains the personal medical information of the defendant and other sensitive information.

**IT IS, THEREFORE, ORDERED** that the "Motion To Seal Sentencing Memorandum" (Document No. 824) is **GRANTED**.

**SO ORDERED**.

Signed: March 26, 2018

David C. Keesler
United States Magistrate Judge